RECEIVED
SDNY PRO SE OFFICE

2025 SEP 29 PM 1: 53

5. I have no dependents.

6. I am unable to afford the filing fee or associated costs.

Executed pursuant to *28 U.S.C. § 1746*.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/26/2025

Signature: Cedric Williams

Cedric Williams, Pro Se

**25 CV 8053**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC WILLIAMS,
Plaintiff,

v.

OFFICER ANTHONY GERMANA,
Defendant

_____

Individually and in his official capacity as Police Officer, 14th Precinct, Midtown, New York Police Department,
Defendant.

Case No.: N/A

## COMPLAINT

Plaintiff Cedric Williams ("Plaintiff"), by his undersigned counsel, alleges the following:

## JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, specifically under *42 U.S.C. § 1983*, for violation of Plaintiff's *Fourth Amendment* right to be free from unreasonable seizure and wrongful arrest.

2. Jurisdiction is proper in this Court pursuant to *28 U.S.C. §§ 1331* and *1343* as this action involves federal questions and civil rights claims.

3. Venue is proper in this District because the unlawful acts described herein occurred within this judicial district.

## PARTIES

4. Plaintiff Cedric Williams is a resident of New York and was the victim of an unlawful arrest on September 6, 2025.
5. Defendant Anthony Germana is a police officer assigned to the 14th Precinct, Midtown, New York Police Department ("NYPD"), who participated in the arrest of Plaintiff on September 6, 2025. Defendant Germana acted under color of state law at all relevant times.

## FACTS

6. On or about 1:00am September 6, 2025, Plaintiff was physically assaulted by an individual who subsequently fled the scene and called the NYPD reporting that Plaintiff assaulted him.

7. Plaintiff obtained video footage captured at approximately 11:40pm, Friday night on September 5,2025, immediately after the assault, clearly showing Plaintiff was the victim and that no assault was committed by Plaintiff.

8. Upon arrival, officers including Defendant Germana questioned Plaintiff, who willingly showed his video evidence. Officers promptly arrested the individual who assaulted Plaintiff, based on the video evidence.

9. Despite the exculpatory video and the presence of multiple surveillance cameras overlooking the public area, officers, including Defendant Germana, wrongfully arrested Plaintiff as well, alleging criminal assault in violation of New York Penal Law §§ 120.05 (assault) and 120.03 (assault 2: serious injury), both felony offenses.

10. Defendant Germana lacked probable cause to arrest Plaintiff given the clear evidence disproving the alleged assault by Plaintiff.

11. Plaintiff's arrest and detention were conducted without any reasonable or lawful basis, constituting an unreasonable seizure in violation of the Fourth Amendment.

## CAUSES OF ACTION

Count One: False Arrest and Unlawful Seizure in Violation of the *Fourth Amendment* under *42 U.S.C. § 1983*

12. Plaintiff repeats and realleges all preceding paragraphs as if fully set forth herein

13. Defendant Germana, acting under color of state law, intentionally and wrongfully arrested Plaintiff without probable cause or justification.

14. The arrest violated Plaintiff's clearly established constitutional rights under the *Fourth Amendment* to be free from unreasonable searches and seizures.

15. As a direct and proximate result, Plaintiff suffered damages including loss of liberty, emotional distress, and other damages.

## PRAYER FOR RELIEF

*WHEREFORE*, Plaintiff respectfully requests that this Court:

A. Enter a judgment declaring that Defendant Germana violated Plaintiff's constitutional rights to be free from unreasonable seizure under the *Fourth Amendment*;

B. Award compensatory damages in an amount to be determined at trial, including damages for emotional distress and injury to reputation;

C. Award punitive damages against Defendant Germana to deter future misconduct;

D. Award costs and attorney's fees pursuant to *42 U.S.C. § 1988*; and

E. Grant such other and further relief as this Court deems just and proper.

This complaint draft asserts wrongful arrest claims under *42 U.S.C. § 1983* for violation of *Fourth Amendment* rights, focusing on lack of probable cause despite video evidence, and includes the felony assault claims as the alleged basis for arrest by Officer Germana at the 14th Precinct on September 6, 2025. It can be further customized and formalized with legal counsel as needed.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CEDRIC WILLIAMS,

Plaintiff,

V.

OFFICER ANTHONY GERMANA,

Defendant,

_____

## Civil Cover Sheet

- Plaintiff: Cedric Williams

- Defendant: Anthony Germana, 14th Precinct, NYPD

- Plaintiff's County of Residence: New York County, NY

- Defendant's County of Residence: New York County, NY

- Basis of Jurisdiction: Federal Question (42 U.S.C. § 1983)

- Nature of Suit: 440 Civil Rights (Section 1983)

- Origin: Original Proceeding

- Cause of Action: Violation of Fourth Amendment rights for wrongful arrest on 9/6/2025

- Requested Relief: As stated in complaint (compensatory, punitive damages, fees)

Date: 9/26/2025

Signature: Cedric Williams