UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC WILLIAMS,

                                    Plaintiff,

                    -against-

OFFICER ANTONY GERMANA,

                                    Defendant.

25-CV-8053 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

The Clerk of Court is directed to electronically notify the New York City Police

Department and the New York City Law Department of this order. The Court requests that 14th

Precinct Police Officer Anthony Germana waive service of summons.

SO ORDERED.

Dated:    June 9, 2026
          New York, New York

_____
JOHN G. KOELTL
United States District Judge